# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOSE LOPEZ-GARCIA,

        Defendant.

No. 18-CR-24-LRR

**ORDER**

---

On June 7, 2018, the court accepted the jury verdict finding Defendant Jose Lopez-Garcia guilty on Count 1 and not guilty on Count 2 of the Superseding Indictment (docket no. 26).

Accordingly, **IT IS ORDERED** as follows:

1.     Defendant is adjudicated guilty of Count 1 of the Superseding Indictment.

2.     The United States Probation Office is directed to conduct a presentence investigation and prepare a report.

3.     The attorneys must timely comply with the deadlines for preparation of the presentence report.

4.     Defendant is to remain in custody pending sentencing.

5.     The parties are reminded that "[e]xcept by leave of court, no party or lawyer, and no other person acting on their behalf, may contact, interview, examine, or question any . . . criminal trial juror . . . before, during, or after a trial concerning the juror's actual or potential jury service." LR 47.

**IT IS SO ORDERED.**

**DATED** this 7th day of June, 2018.

LINDA R. READE, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA